IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT P. HOOPES | : | No. 16-509-02 |
| | : | |

**ORDER**

AND NOW, this 23rd day of November, 2020, upon consideration of Robert Hoopes's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 204) and the Government's Response in Opposition (Doc. No. 207), it is **ORDERED** that the Motion (Doc. No. 204) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1